JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE C. C., | Case No. CV 21-09242-JEM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KILOKO KIJAKAZI,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: August 30, 2022         /s/ John E. McDermott
                               JOHN E. MCDERMOTT
                               UNITED STATES MAGISTRATE JUDGE